IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JESSIE COBBINS and ROBERT COBBINS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 15-0031-CV-W-ODS ) |
| J.E. DUNN CONSTRUCTION CO., et al., | ) ) ) |
| Defendants. | ) ) |

## **ORDER DISMISSING CASE**

On December 8, 2016, the Court held a pretrial conference with Plaintiffs and counsel for the sole remaining Defendant, Insulite Glass Company, Inc. Doc. #108. During the pretrial conference, the undersigned informed Plaintiffs they had the choice to continue litigating this matter *pro se* or could retain counsel. The Court cancelled the trial and stayed the matter for 90 days to allow Plaintiffs to retain counsel or choose to represent themselves. Doc. #109. The Court told Plaintiffs if they chose to represent themselves, "they must file a statement with the Court affirmatively stating they intend to represent themselves before the stay concludes." *Id.* Alternatively, an attorney could enter an appearance on behalf of Plaintiffs before the conclusion of the stay. *Id.* The Court warned Plaintiffs: "If by the conclusion of the stay, no attorney entered an appearance on Plaintiffs' behalf or Plaintiffs do not file a statement indicating they intend to represent themselves, the Court will dismiss this matter without further notice." *Id.*

The stay concluded on March 8, 2017. To date, Plaintiffs have not filed a statement stating they will representing themselves, and no attorney has entered an appearance on behalf of Plaintiffs. Therefore, this matter is dismissed.

The Clerk of the Court is directed to mail copies of this Order via United States mail, postage prepaid, and certified mail to the following:

    Jessie Cobbins
    20804 West 100th Terrace
    Lenexa, Kansas 66220

Robert Cobbins
20804 West 100th Terrace
Lenexa, Kansas  66220

IT IS SO ORDERED.

                                              /s/ Ortrie D. Smith
                                              ORTRIE D. SMITH, SENIOR JUDGE
DATE: March 13, 2017                     UNITED STATES DISTRICT COURT